

United States District Court
Eastern District of California

| Markus Heitkoetter, et al. | |
|---|---|

Plaintiff(s)

Case Number:  | 1:22-cv-00368-AWI-BAM |

V.

| Karl Domm | |
|---|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Andrew C. Stebbins _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Markus Heitkoetter and Rockwell Trading Services, LLC

On _____11/08/2010_____ (date), I was admitted to practice and presently in good standing in the
_____State of Ohio_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____3/30/2022_____        Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Andrew C. Stebbins

Law Firm Name: Minc LLC

Address: 200 Park Avenue

Suite 200

City: Orange Village     State: Ohio     Zip: 44122

Phone Number w/Area Code: (216) 373-7706

City and State of Residence: Shaker Hts., Ohio

Primary E-mail Address: astebbins@minclaw.com

Secondary E-mail Address: dbuxton@minclaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Max N. Wellman

Law Firm Name: Venable LLP

Address: 2049 Century Park East

Suite 2300

City: Los Angeles     State: CA     Zip: 90067

Phone Number w/Area Code: (310) 229-9928     Bar # 291814

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **April 1, 2022**          /s/ Barbara A. McAuliffe

JUDGE, U.S. DISTRICT COURT