ANDREW C. STEBBINS (Pro Hac Vice – OH#0086387)
  astebbins@MincLaw.com
MINC, LLC
200 Park Avenue, Suite 200
Orange Village, Ohio 44122
Telephone: (216) 373-7706

MAX N. WELLMAN (State Bar No. 291814)
  mwellman@venable.com
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 229-9900

Attorneys for Plaintiffs MARKUS
HEITKOETTER and ROCKWELL
TRADING SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS HEITKOETTER, an individual and ROCKWELL TRADING SERVICES, LLC, a Texas limited liability company,<br><br>*Plaintiffs*,<br><br>vs.<br><br>KARL DOMM, an individual,<br><br>*Defendant*. | Case No. 1:22-cv-00368-AWI-BAM<br><br>Honorable Anthony W. Ishii<br><br>**STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE, AND TO EXTEND PLAINTIFFS' OPPOSITION AND DEFENDANT'S REPLY DEADLINES AND** ~~PROPOSED~~ **ORDER**<br><br>Scheduling Conference: June 28, 2022 |

Pursuant to Local Rules 143, 144, and 230 Plaintiffs Markus Heitkoetter and Rockwell Trading Services, LLC ("Plaintiffs") and Defendant Karl Domm ("Defendant"), by and through their respective counsel, hereby stipulate and respectfully request the Court to continue the hearing date for Defendant's Motion to Dismiss and Motion to Strike from June 6, 2022 to June 27, 2022 and to extend

Plaintiffs' Opposition deadline from May 20, 2022 to June 10, 2022 and Defendant's Reply deadline from May 31, 2022 to June 21, 2022.

Plaintiffs and Defendant, through their respective counsel, hereby stipulate and agree as follows:

**<u>Stipulation</u>**

WHEREAS, Plaintiffs filed this action on March 29, 2022;

WHEREAS, Defendant filed his Motion to Dismiss and Special Motion to Strike Plaintiffs' Complaint (collectively, "Motions") on May 6, 2022;

WHEREAS, Defendant's hearing date for his Motions is currently set for June 6, 2022 at 1:30 p.m.;

WHEREAS, Plaintiffs' current deadline to file their Opposition to Defendant's Motions is May 20, 2022;

WHEREAS, Defendant's current deadline to file his Reply in Support of his Motions is May 31, 2022;

WHEREAS, this is the parties' first request for an extension regarding the Motions.

WHEREAS, the parties have agreed to continue the hearing date for defendant's Motions to June 27, 2022 at 1:30 p.m.;

WHEREAS, the parties have agreed to extend Plaintiffs' deadline to file their Opposition to Defendant's Motions to June 10, 2022;

WHEREAS, the parties have agreed to extend Defendant's deadline to file their Reply in Support of their Motions to June 21, 2022;

WHEREAS, the parties request they be allowed to appear virtually should the Court like oral argument on the Motions.

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that the date for Defendant's Motions shall be continued from June 6, 2022 to June 27, 2022; Plaintiff's Opposition deadline shall be extended from May 20, 2022 to June 10, 2022; and Defendant's Reply deadline shall be extended from May 31, 2022 to

STIPULATION TO CONTINUE HEARING DATE
AND TO EXTEND DEADLINES

June 21, 2022.

Dated: May 17, 2022          VENABLE LLP

                             By:  */s/ Max N. Wellman*
                                  Max N. Wellman
                                  Vivian Martin
                                  Attorneys for Plaintiffs


Dated: May 13, 2022          MINC, LLC

                             By: */s/ Andrew C. Stebbins* (as authorized on 5/13/2022)
                                  Andrew C. Stebbins
                             Attorneys for Plaintiffs


Dated: May 14, 2022

                             By:  */s/ Susanne Arani* (as authorized on 5/14/2022)
                                  Susanne Arani
                             Attorneys for Defendant

1  IT IS SO ORDERED.
2
3  Dated: __May 17, 2022__                    _____
                                              SENIOR DISTRICT JUDGE