| | |
|---|---|
| MARKUS HEITKOETTER, et al., | Case No. 1:22-cv-0368-ADA-BAM |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE TO RESPOND TO DEFENDANT'S COUNTERCLAIM** |
| v. | |
| KARL DOMM, | Doc. 49 |
| Defendant. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On April 26, 2023, Plaintiffs Markus Heitkoetter and Rockwell Trading Services LLC (collectively, "Plaintiffs") and Defendant, Karl Domm submitted their Joint Stipulation to Continue the Deadline to Respond to Defendant's Counterclaim.  (Doc. 49.)  The parties request the deadline for Plaintiffs' response to Defendant's counterclaim be continued to May 11, 2023.  The parties further stipulate that if Plaintiffs file a motion in response to Defendant's Counterclaim, Defendant's Response to the Motion will be due 21 days from the date of filing of the moving papers.  The parties state that the hearing date for Plaintiffs' potential motion shall be set in accordance with local rules, but if not practical, the parties will seek further leave to set a hearing date as expeditiously as possible.

///

Pursuant to stipulation and good cause appearing, Plaintiffs' response to Defendant's counterclaim is continued to May 11, 2023. Defendant's response to any motion Plaintiffs file in response to Defendant's counterclaim shall be due no later than 21 days from the date of Plaintiff's filing and any reply within 7 days thereafter.

IT IS SO ORDERED.

Dated:   **April 27, 2023**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE