UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS HEITKOETTER, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>KARL DOMM,<br><br>            Defendant. | Case No.  1:22-cv-0368-ADA-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE TO RESPOND TO DEFENDANT'S COUNTERCLAIM**<br><br>Doc. 56 |

On April 6, 2023, Defendant and Counterclaim Plaintiff Karl Domm ("Defendant") filed a counterclaim against Plaintiffs and Counterclaim Defendants Markus Heitkoetter and Rockwell Trading Services LLC (collectively, "Plaintiffs").  (Doc. 46.)  On April 26, 2023, Plaintiffs and Defendant submitted their Joint Stipulation to Continue the Deadline to Respond to Defendant's Counterclaim.  (Doc. 49.)  The parties requested the deadline for Plaintiffs' response to Defendant's counterclaim be continued to May 11, 2023. The parties further stipulated that if Plaintiffs file a motion in response to Defendant's Counterclaim, Defendant's Response to the Motion will be due 21 days from the date of filing of the moving papers.  (*Id.*)  The parties stated that the hearing date for Plaintiffs' potential motion shall be set in accordance with local rules, but if not practical, the parties will seek further leave to set a hearing date as expeditiously as

1

possible.  (*Id.*)

On May 11, 2023, the parties filed a Second Joint Stipulation to Continue the Deadline to Respond to Defendant's Counterclaim in which they state that Plaintiffs will file an Answer to Defendants Counterclaim on or before Thursday, May 18, 2023, and that Plaintiffs will not be filing a motion in response to Defendants Counterclaim.  (Doc. 56 at 2.)

Pursuant to stipulation and good cause appearing, Plaintiffs' deadline for response to Defendant's counterclaim is continued to May 18, 2023.  Defendant's response to any motion Plaintiffs file in response to Defendant's counterclaim shall be due no later than 21 days from the date of Plaintiff's filing.

IT IS SO ORDERED.

Dated:   **May 12, 2023**            /s/ *Barbara A. McAuliffe*       _
                                        UNITED STATES MAGISTRATE JUDGE

2