UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS HEITKOETTER, et al., | Case No. 1:22-cv-00368-ADA-BAM |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT TO RESPOND TO THIRD AMENDED COMPLAINT** |
| v. | |
| KARL DOMM, | |
| Defendant. | (Doc. 61) |

On May 31, 2023, Plaintiffs Markus Heitkoetter and Rockwell Trading Services LLC and Defendant Robert Domm (aka Karl Domm) filed a joint stipulation to extend the deadline for Defendant to respond to Plaintiffs' Third Amended Complaint. (Doc. 61). The parties requested the deadline for Defendant's response be extended from June 5, 2023, to June 12, 2023.

For cause appearing, the parties' stipulation is GRANTED. Defendant shall answer or otherwise respond to Plaintiffs' Third Amended Complaint on or before June 12, 2023.

IT IS SO ORDERED.

Dated: **June 1, 2023**                     /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE

1