Susanne Arani, Esq. (SBN: 238891)
1028 Rosario Lane
Vista, California 92084
Tel: (760) 331-8426
Email: Susanne.arani@gmail.com

Attorney for Defendant
Robert Domm (sued herein as "Karl Domm")

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS HEITKOETTER, an individual, and ROCKWELL TRADING SERVICES, LLC, a Texas Limited Liability company,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>KARL DOMM, an individual,<br><br>　　　　　　　Defendant. | Case No.: 1:22-CV-00368-KES-BAM<br><br>**JOINT MOTION AND STIPULATION TO EXTEND FILING DEADLINE; ORDER**<br><br>Judge: Hon. Kirk E. Sherriff<br>Courtroom: 6, 7th Floor<br>Hearing Date: August 18, 2025<br>Time: 1:30 p.m.<br><br>　(Expedited Ruling Requested) |

# JOINT MOTION AND STIPULATION TO EXTEND FILING DEADLINE

The Parties, by and through their respective counsel, request four (4) additional days to file their Joint Pretrial Statement, pursuant to the Standing Orders of the Honorable Kirk E. Sherriff.

Per the Standing Orders for this matter, a Joint Pretrial Statement is due on **August 4, 2025**. The Parties jointly and respectfully request and stipulate that the deadline be extended to **August 8, 2025**.

Good cause exists for the limited extension of time: Counsel for Defendant Robert Domm will be on a vacation from July 24, 2025, until August 2, 2025. More importantly, counsel for Robert Domm will not have consistent, reliable internet during her absence. In addition, counsel for the Parties will be meeting and conferring regarding the Joint Pretrial Statement on July 21, 2025, so that they can meet an early, August deadline. No Party will be prejudiced by the request for the extension.

For the reasons stated above, the Parties stipulate to extend the Joint Pretrial Statement from August 4, 2025, until August 8, 2025.

IT IS SO STIPULATED

DATED: July 9, 2025

Respectfully Submitted:

By:  /s/ Susanne Arani, Esq.
      Susanne Arani

Attorney for Defendant

By:  /s/ Andrew Stebbins, Esq.
      Andrew Stebbins

Attorney for Plaintiffs (PHV)

By:  /s/ Max Wellman, Esq.
Max N. Wellman

Attorney for Plaintiffs

**JOINT MOTION AND STIPULTION TO EXTEND FILING DEADLINE; ORDER**

**ORDER**

Upon consideration of the Joint Motion and Stipulation to Extend the Filing Deadline for the Joint Pretrial Statement, it is hereby granted that the Parties may have until August 8, 2025, to file their Joint Pretrial Statement.

IT IS SO ORDERED.

Dated:   July 9, 2025

_____
UNITED STATES DISTRICT JUDGE