UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS HEITKOETTER, an individual and ROCKWELL TRADING SERVICES, LLC, a Texas limited liability company,<br><br>　　　　　Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>KARL DOMM, an individual,<br><br>　　　　　Defendant-Counterclaimant. | Case No. 1:22-cv-00368-KES-BAM<br><br>ORDER SETTING SETTLEMENT CONFERENCE AND SETTLEMENT INSTRUCTIONS<br><br>Date:　　**September 25, 2025**<br>Time:　　**9:30 AM**<br>Courtroom:　Courtroom 8 (BAM) |

　　　This case is SET for a Settlement Conference on **September 25, 2025, at 9:30 AM in Courtroom 8 (BAM)** before the undersigned. The <u>attorneys who will try the case</u> along with the parties and the person or persons <u>having full authority</u> to negotiate and settle the case, on any terms, shall appear **via Zoom** at the conference. Zoom video and dial-in information will be emailed to attorneys in advance of the conference. Court attire will be required.

　　　The parties were directed to participate in this Settlement Conference by the District Judge. The parties must participate in good faith settlement negotiations, and failure to make any or minimal monetary settlement offers or other legitimate settlement offers is not good faith.

　　　No later than **seven (7) days** prior to the settlement conference, each party shall submit

1

1  directly to Judge McAuliffe's chambers at bamorders@caed.uscourts.gov, a confidential
2  settlement conference statement.  This statement should neither be filed with the clerk of the Court
3  nor served on any other party.  Each statement shall be clearly marked "CONFIDENTIAL" with
4  the date and time of the mandatory settlement conference indicated prominently.

5      The settlement statement should not be lengthy but shall include a brief recitation of the
6  facts, a discussion of the strengths and weaknesses of the case, an estimate of the cost and time to
7  be expended for further pretrial and trial matters, and the relief sought. The parties are also
8  directed to include a candid statement on the party's position on settlement, including the amount
9  which the party will accept to settle, realistic settlement expectations, present settlement proposals,
10 and a history of past settlement discussions, offers, demands, and a report on settlement efforts to
11 date.

IT IS SO ORDERED.

Dated:   **September 16, 2025**          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE