ANDREW C. STEBBINS (Pro Hac Vice – OH#0086387)
  astebbins@bdblaw.com
BUCKINGHAM, DOOLITTLE & BURROUGHS LLC
1375 E. 9th Street, Suite 1700
Cleveland, OH 44114
Telephone: (216) 736-4233

LEE S. BRENNER (State Bar No. 180235)
  lsbrenner@venable.com
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 229-9900

Attorneys for Plaintiffs MARKUS HEITKOETTER and ROCKWELL TRADING SERVICES, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARKUS HEITKOETTER, an individual and ROCKWELL TRADING SERVICES, LLC, a Texas limited liability company,<br><br>*Plaintiffs*,<br><br>vs.<br><br>KARL DOMM, an individual,<br><br>*Defendant*. | CASE NO. 1:22-cv-00368-KES-BAM<br><br>**AMENDED JOINT MOTION AND STIPULATION TO EXTEND OCTOBER 7, 2025 PRETRIAL DEADLINES FOR FILING OF OBJECTIONS TO TRIAL EXHIBITS AND RESPONSES TO MOTION IN LIMINE; ORDER**<br><br>Judge:  Hon. Kirk E. Sherriff<br>Courtroom: 6, 7th Floor<br>Hearing Date:<br>Time: |

## JOINT MOTION AND STIPULATION TO EXTEND OCTOBER 7, 2025 PRETRIAL DEADLINES FOR FILING OF OBJECTIONS TO TRIAL EXHIBITS AND RESPONSES TO MOTION IN LIMINE

The Parties, Plaintiffs Markus Heitkoetter and Rockwell Trading Services, LLC and Defendant-Counterclaimant Karl Domm, by and through their respective counsel, request three additional days to file (1) objections to trial exhibits, and (2) responses to motions in limine.

Per the Court's October 2, 2025 Pretrial Order, (Dkt. No. 171) objections to any trial exhibits must be filed by October 7, 2025. (Dkt. No. 171, 30:4-5.) Additionally, per the October 2, 2025 Pretrial Order, any responses to motions in limine filed September 30, 2025 are due October 7, 2025. (See Dkt. No. 171, 1:15.) Both parties anticipate filing objections to trial exhibits exchanged on September 30, 2025. Plaintiffs also anticipate filing a response to Defendant-Counterclaimant's September 30, 2025 motion in limine (Dkt. No. 169). The Parties jointly and respectfully request and stipulate that the October 7, 2025 deadline for filing objections to trial exhibits and the October 7, 2025 deadline for Plaintiffs to file an opposition to Defendant's motion in limine be extended to October 10, 2025.

Good cause exists for the limited extension of time. Since September 30, 2025, when the Parties exchanged exhibits and Defendant-Counterclaimant filed his motion in limine, counsel for Plaintiffs, Andrew Stebbins, suffered the loss of a family member. On October 6, 2025, counsel for the Parties met and conferred regarding a brief extension of the October 7 deadlines given the extenuating circumstances and agreed upon a limited extension of the relevant deadlines by three days or until October 10, 2025. No Party will be prejudiced by the request for the extension.

For the reasons stated above, the Parties stipulate to extend the deadlines for filing objections to trial exhibits and for Plaintiffs to respond to Defendant's Motion in Limine from October 7, 2025 to October 10, 2025.

2

1
2    IT IS SO STIPULATED
3
4
5
6
7
8    DATED: October 7, 2025          BUCKINGHAM, DOOLITTLE & BURROUGHS LLC.
9
10
11                                    By:/s/ Andrew C. Stebbins
                                          ANDREW C. STEBBINS
12                                    Attorney for Plaintiffs Markus Heitkoetter and
                                      Rockwell Trading Services LLC
13
14                                    VENABLE LLP
15
16                                    By:/s/ Lee S. Brenner
                                          LEE S. BRENNER
17                                    Attorney for Plaintiffs Markus Heitkoetter and
                                      Rockwell Trading Services LLC
18
19                                    By: /s/ Susanne Arani
                                          SUSANNE ARANI
20                                    Attorney for Defendant-Counterclaimant Karl Domm
21
22
23
24
25
26
27
28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

**ORDER**

Upon consideration of the Amended Joint Motion and Stipulation to Extend October 7, 2025 Deadlines for Filing of Objections to Trial Exhibits and Responses to Motion in Limine, Doc. 173, it is hereby granted that the Parties may have until October 10, 2025, to file their objections to trial exhibits and Plaintiffs may have until October 10, 2025 to file a response to Defendant's Motion in Limine.

IT IS SO ORDERED.

Dated:   October 7, 2025

_____
UNITED STATES DISTRICT JUDGE