ANDREW C. STEBBINS (Pro Hac Vice – OH#0086387)
  astebbins@bdblaw.com
BUCKINGHAM, DOOLITTLE & BURROUGHS LLC
1375 E. 9th Street, Suite 1700
Cleveland, OH 44114
Telephone: (216) 736-4233

LEE S. BRENNER (State Bar No. 180235)
  lsbrenner@venable.com
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 229-9900

Attorneys for Plaintiffs MARKUS HEITKOETTER and ROCKWELL TRADING SERVICES, LLC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS HEITKOETTER, an individual and ROCKWELL TRADING SERVICES, LLC, a Texas limited liability company,<br><br>*Plaintiffs*,<br><br>vs.<br><br>KARL DOMM, an individual,<br><br>*Defendant*. | CASE NO. 1:22-cv-00368-KES-BAM<br><br>**ORDER ON JOINT MOTION AND STIPULATION TO RESET PRETRIAL DEADLINES**<br><br>Judge: Hon. Kirk E. Sherriff<br>Courtroom: 6, 7th Floor<br>Hearing Date:<br>Time: |

**JOINT MOTION AND STIPULATION TO RESET PRETRIAL DEADLINES**

Plaintiffs Markus Heitkoetter and Rockwell Trading Services, LLC and Defendant-Counterclaimant Karl Domm (collectively, "the Parties"), by and through their respective counsel, request and stipulate that this Court reset the trial date in this matter to January 6, 2026. The Parties further request and stipulate that the Trial Confirmation Hearing, which is currently scheduled for October 16, 2025 at 3:00pm (Dkt. No. 175), be continued to December 5, 2025 at 3:00 pm. The basis for such stipulation and request is as follows.

After the issuance of the final Pretrial Order, it was determined that trial could not proceed on October 21, 2025. The parties requested adjustment of certain pretrial deadlines to account for the delay in the commencement of trial, including the Trial Confirmation Hearing. On October 16, 2025, the Court held a scheduling conference at which time a discussion was held with regard to rescheduling the trial date and the availability of the Court, the Parties and counsel for the same.

A new trial date of December 16, 2025 was proposed. However, Plaintiff Heitkoetter will be unavailable on that date due to pre-planned travel. Additionally, it is the Parties' understanding that were they to start trial at a later date in December, such as December 23, 2025, there would be multiple potential breaks during the trial due to the closure of the Court for holidays, as well as the unavailability of the Court on Mondays due to its docket. Accordingly, the Parties' mutually request and stipulate that trial of this matter be set for January 6, 2026.

Further, the Parties have also agreed and stipulate that the Trial Confirmation Hearing, which is currently scheduled for November 3, 2025 at 3pm be continued to December 5 at 3pm.

In summary, due to the anticipated rescheduling of the trial, the Parties stipulate and request as follows:

- The Trial Confirmation Hearing be rescheduled from November 3, 2025 to December 5, 2025, and
- Trial of the matter be rescheduled to commence on January 6, 2026
- All remaining deadlines in this Court's Final Pretrial Order (Dkt. 171) that are currently sent for November 3, 2025 be reset to December 5, 2025

An agreement was not reached between the parties as to the resetting of the deadline for filing objections to trial exhibits which were previously set with the expectation of proceeding to trial in November of 2025. Plaintiffs request the following:

- The deadline for the parties to file objections to trial exhibits is extended from October 27, 2025 to December 23, 2025;

Defendant has indicated that they object to this request and would prefer to keep the currently scheduled dates for objections. The Parties have met and conferred on this issue but have not yet reached an agreement and seek the Court's guidance as to objections to trial exhibits. .

The Parties respectfully request the Court enter this Order.

IT IS SO STIPULATED

| | |
|---|---|
| DATED: October 20, 2025 | BUCKINGHAM, DOOLITTLE & BURROUGHS LLC. |

By:/s/ Andrew C. Stebbins
    ANDREW C. STEBBINS
Attorney for Plaintiffs Markus Heitkoetter and Rockwell Trading Services LLC

VENABLE LLP

By:/s/ Lee S. Brenner
    LEE S. BRENNER
Attorney for Plaintiffs Markus Heitkoetter and Rockwell Trading Services LLC

By: /s/ Susanne Arani
    SUSANNE ARANI
Attorney for Defendant-Counterclaimant Karl Domm

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

**ORDER**

Upon consideration of the Joint Motion and Stipulation to Reset Pretrial Deadlines, Trial Confirmation Hearing and Trial dates, it is hereby ordered that:

(1) The Trial Confirmation and Motion in Limine Hearing currently set for November 3, 2025 is RESET to December 5, 2025, at 3:00 p.m.;[1]

(2) Trial is set for January 6, 2026, at 8:30 a.m., in Courtroom 6;

(3) All remaining deadlines in the Final Pretrial Order, Doc. 171, as modified, Doc. 179, that are currently set for November 3, 2025, are RESET to December 5, 2025; and

(4) The deadline for the parties to file objections to trial exhibits is CONTINUED from October 27, 2025 to November 24, 2025.

IT IS SO ORDERED.

Dated: October 22, 2025

_____
UNITED STATES DISTRICT JUDGE

---

[1] Counsel requesting to appear at the hearing by video appearance shall contact the courtroom deputy at least 24 hours prior to the hearing.