Susanne Arani, Esq. (SBN: 238891)
1028 Rosario Lane
Vista, California 92084
Tel: (760) 331-8426
Email: Susanne.arani@gmail.com

Attorney for Defendant
Robert Domm (sued herein as "Karl Domm")

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS HEITKOETTER, an individual, and ROCKWELL TRADING SERVICES, LLC, a Texas Limited Liability company,<br><br>                  Plaintiffs,<br><br>vs.<br><br>KARL DOMM, an individual,<br><br>                  Defendant. | Case No.: 1:22-CV-00368-KES-BAM<br><br>**JOINT MOTION AND STIPULATION TO RESET TRIAL CONFIRMATION HEARING AND MOTIION IN LIMINE HEARING; ORDER**<br><br>Judge: Hon. Kirk E. Sherriff<br>Courtroom: 6, 7th Floor |

**JOINT MOTION AND STIPULATION TO RESET TRIAL CONFIRMATION**

**HEARING**

Plaintiffs Markus Heitkoetter and Rockwell Trading Services, LLC and Defendant-Counterclaimant Karl Domm (collectively, "the Parties"), by and through their respective counsel, request and stipulate that this Court reset the trial confirmation hearing and Motion in Limine hearing, currently set for December 5, 2025. (D.E. 185).

On October 22, 2025, this Court entered an order, pursuant to a joint stipulation, to continue

1

**JOINT MOTION AND STIPULATION**

1  the trial date and certain pretrial dates and deadlines, including but not limited to filing objections
2  to trial exhibits, filing Trial Briefs, submitting final exhibit binders to the Court, and lodging
3  deposition transcripts with the Court. These dates and deadlines were established based upon an
4  expectation that the parties would proceed to trial on January 6, 2026.

5  Recently, the trial date was continued to February 10, 2026, due to unforeseeable conflicts
6  with the Parties proceeding on January 6, 2026, as ordered.  (D.E. 186).

7  Due to the Thanksgiving holiday, the continuance of the trial date to February 10, 2026,
8  and the travel plans for counsel for Defendant, the Parties mutually stipulate that the Court, in its
9  discretion, continue the trial confirmation hearing from December 5, 2025, to any of the agreed-
10 upon dates as follows:

11 **January 12th, 14th, 15th, or January 28th through the 30th of 2026.**

12 This motion is made in good faith, and no party will be prejudiced.  In addition, there is
13 only one motion in limine for the Court to rule upon.  A continuance will allow the Parties
14 additional time to narrow the issues for their trial briefs, and compile the hard copies of exhibits,
15 per the final Pretrial Order in this case, without it conflicting with the Thanksgiving holiday and
16 travel plans of the Parties.

17 In summary, due to the rescheduling of the trial until February 10, 2026, and the
18 Thanksgiving holiday, the Parties stipulate and request as follows:

19 - The Trial Confirmation Hearing and Motion in Limine Hearing be continued
20   from December 5, 2025, until any of the following dates: January 12th, 14th,
21   15th, or January 28th through the 30th of 2026.  All pretrial deadlines for
22   December 5th, are continued to the new Trial Confirmation Hearing date.

23 - The deadline for the parties to file objections to trial exhibits is extended from
24   November 24, 2025, to December 23, 2025;

25 The Parties respectfully request the Court enter this Order.

26
27
28

2

**JOINT MOTION AND STIPULATION**

IT IS SO STIPULATED

DATED: November 21, 2025          BUCKINGHAM, DOOLITTLE & BURROUGHS LLC.


By:/s/ Andrew C. Stebbins
    ANDREW C. STEBBINS
Attorney for Plaintiffs Markus Heitkoetter and Rockwell Trading Services LLC
(signature affixed with permission)


VENABLE LLP


By:/s/ Lee S. Brenner
    LEE S. BRENNER
Attorney for Plaintiffs Markus Heitkoetter and Rockwell Trading Services LLC
(signature affixed with permission)


By: /s/ Susanne Arani
    SUSANNE ARANI
Attorney for Defendant-Counterclaimant Karl Domm

**ORDER**

Upon consideration of the Joint Motion and Stipulation to Reset the Trial Confirmation Hearing, it is hereby granted that:

(1) The Trial Confirmation and Motion in Limine Hearing will be rescheduled from December 5, 2025, to January 14, 2026, at 2:00 p.m. in Courtroom 6 (KES) before District Judge Kirk E. Sherriff.

(2) The deadline to submit objections to the trial exhibits is extended to December 23, 2025;

(3) All other pretrial deadlines currently set for December 5, 2025, are reset to January 14, 2026.

IT IS SO ORDERED.

Dated:   November 21, 2025

_____
UNITED STATES DISTRICT JUDGE