**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARKUS HEITOKETTER, et al., | Case No. 1:22-cv-0368 KES BAM |
| Plaintiffs, | ORDER GRANTING JOINT MOTION TO CONTINUE THE TRIAL CONFIRMATION HEARING, MOTION IN LIMINE HEARING, AND RELATED PRE-TRIAL DEADLINES |
| v. | |
| KARL DOMM, | |
| Defendant. | (Doc. 197) |

The parties jointly request the court continue the trial confirmation hearing and motion in limine hearing currently scheduled for March 2, 2026, to March 16, 2026, at 2:00 p.m.  Doc. 197. The parties also request the court amend the deadlines for their production of exhibit binders, submission of trial briefs, and lodging of depositions.  *Id.* at 2.  Pursuant to the stipulation of the parties, the court **ORDERS**:

1. The trial confirmation hearing and motion in limine hearing is **CONTINUED** to **March 16, 2026** at 2:00 p.m.

2. The hearing on defendant's motion regarding rebuttal exhibits (Doc. 196) is continued to **March 16, 2026** at 2:00 p.m.

3. The deadline for the parties to file trial briefs is continued to **March 16, 2026**.

4. The deadline for the parties to submit final exhibit binders in accordance with the Final Pretrial Order (Doc. 171) is continued to **March 16, 2026**.

1

5.    The deadline for parties to lodge depositions with the court is continued to **March 16, 2026**.

IT IS SO ORDERED.

Dated:    February 25, 2026

_____
UNITED STATES DISTRICT JUDGE

2