Susanne Arani, Esq. (SBN: 238891)
1028 Rosario Lane
Vista, California 92084
Tel: (760) 331-8426
Email: Susanne.arani@gmail.com

Attorney for Defendant
Robert Domm (sued herein as "Karl Domm")

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

MARKUS HEITKOETTER, an individual, and ROCKWELL TRADING SERVICES, LLC, a Texas Limited Liability company,

Plaintiffs,

vs.

KARL DOMM, an individual,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:22-CV-00368-KES-FRS

**JOINT MOTION FOR ADDITIONAL PAGES AND BRIEF EXTENSION OF DEADLINES FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW; ORDER**

Plaintiffs Markus Heitkoetter and Rockwell Trading Services, LLC ("Plaintiffs") and Defendant Robert Domm ("Mr. Domm") (jointly "the Parties"), respectfully request that the Court first issue an order permitting up to forty (40) pages for each party to submit their briefing on Findings of Fact and Conclusions of Law, currently set for May 26, 2026. (D.E. 219). The Honorable Kirk E. Sherriff permits briefs up to 25 pages, and therefore a motion is required per the Court's standing orders.

1

Secondly, the Parties both request to extend the deadline from May 26, 2026, for their initial briefing, to June 1, 2026, and the response from June 18, 2026, to June 22, 2026. (*See* D.E. 219 setting original deadlines). The reasons for these requests are set forth below:

Additional Pages

First, this case is detail-heavy, involves numerous statements at issue, and includes a large number of exhibits admitted into evidence, many of which are video exhibits that need to be reviewed before briefing.  Secondly, the Parties both have claims against each other, and this alone would require more than twenty-five (25) pages to brief.   Lastly, the nature of the motion requires numbering each proposed fact.  While this is organized, it also will require a lot of briefing space, not normally utilized by typical briefing in paragraphs alone. As such, the Parties respectfully request that the Court permit up to forty (40) pages of briefing beyond the standard twenty-five pages used for normal briefing given the nature and scope of this matter.

Extensions

The Parties stipulate and agree that initial briefing on the findings of fact and conclusions of law be extended from May 26, 2026, until June 1, 2026.  First, May 26, 2026, falls immediately after the Memorial Day weekend, which limits the Parties' and counsel's available preparation time.  Secondly, a brief extension of less than one week until June 1st, will not disrupt future scheduling or otherwise prejudice any party.  In addition, counsel for Mr. Domm has recently sustained a significant shoulder injury that makes typing and document preparation difficult.

The Parties also stipulate and seek an extension of the responses, currently due on June 18, 2026.  Should the initial briefing be postponed, an extension from June 18th to June

22nd would provide more time for a response from both of the Parties.  In addition, counsel for Mr. Domm will be coming back from vacation on June 15th, from overseas, and a brief extension will allow additional time to work on a response, as internet connection during her scheduled vacation will be limited.

IT IS SO STIPULATED

DATED:  May 18, 2026

Respectfully Submitted:

By:    /s/ Susanne Arani
Susanne Arani
Attorney for Defendant

/s/ Andrew C. Stebbins
Attorney for Plaintiffs Markus Heitkoetter
and Rockwell Trading Services LLC

/s/ Max N. Wellman
Attorney for Plaintiffs Markus Heitkoetter
and Rockwell Trading Services LLC

**<u>ORDER</u>**

Based upon the Parties' Joint Motion for Additional Pages and Brief Extension of Deadlines for Findings of Fact and Conclusions of Law (Doc. 229), the Court orders as follows:

1.  Initial briefing of the findings of fact and conclusions of law may extend to 40 pages.
2.  The due date for the initial briefing is extended from May 26, 2026, to June 1, 2026.
3.  The response deadline is extended from June 18, 2026, to June 22, 2026.

IT IS SO ORDERED.

Dated:  <u>May 18, 2026</u>

_____
UNITED STATES DISTRICT JUDGE